# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR202** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CARRELL D. HUNTER,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Now pending before the court is defendant's MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS (#11), together with a waiver of speedy trial in accordance with NECrimR 12.3 (#13). For good cause shown, I find that the motion should be granted and will grant a 30-day continuance.

**IT IS ORDERED** that defendant's motion (#11) is granted, as follows:

1.  Defendant's deadline for filing pretrial motions is extended from June 15, 2005 to **July 15, 2005**.

2.  The July 18, 2005 trial date is cancelled and will be set by further order of the court after July 15, 2005.

3.  The ends of justice will be served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 15, 2005 and July 15, 2005,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, because counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED June 22, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**

**United States Magistrate Judge**