IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR202 |
| | ) | |
| CARRELL D. HUNTER, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the Court is defendant's Motion to Continue Motion to Suppress Hearing [23].  Good cause being shown, I find the motion to continue should be granted and the evidentiary hearing on the motion to suppress will be continued.

    IT IS ORDERED:

    1.    That the Motion to Continue Motion to Suppress [23] is granted; and

    2.    That the evidentiary hearing on the Motion to Suppress [17] is continued to **November 4, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 26th day of September, 2005.

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        United States Magistrate Judge