IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR202 |
| ) | |
| CARRELL D. HUNTER, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

Before the Court is defendant's Motion to Continue Motion to Suppress Hearing [26]. Good cause being shown, I find the motion to continue should be granted and the evidentiary hearing on the motion to suppress will be continued.

IT IS ORDERED:

1. That the Motion to Continue Motion to Suppress [26] is granted; and

2. That the evidentiary hearing on the Motion to Suppress [17] is continued to **December 21, 2005** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge